1
WILLIAM A. RESNECK  Bar No. 48535
ATTORNEY AT LAW
2
bill@resneck.com
Two Theatre Square, Suite 234
3
Orinda, California  94563
Telephone (925) 253-0500
4

Attorney for Plaintiff
5
ATHENA ZIEHM

6

SEDGWICK LLP
7
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
8
333 Bush Street, 30th Floor
San Francisco, CA  94104
9
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
10

Attorneys for Defendants
11

12

13          UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA
14

15   ATHENA ZIEHM,

16                  Plaintiff,                    Case No. C11-04659 JCS

17          v.                                    STIPULATION TO EXTEND TIME TO
                                                  RESPOND TO COMPLAINT
18   METROPOLITAN LIFE INSURANCE
     COMPANY,
19
                    Defendant.
20

21

22

23          Plaintiff Athena Ziehm and defendant Metropolitan Life Insurance Company ("MetLife")

24   by and through their respective counsel of record, hereby stipulate and agree that defendant

25   MetLife  shall have to and including November 17, 2011, in which to respond to plaintiff's

26   Complaint on file herein.

27

28          ///

SF/2562936v1
_____
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1

2          SO STIPULATED, AGREED, AND RESPECTFULLY SUBMITTED:

3

4    DATED:  October 20, 2011              WILLIAM A. RESNECK ATTORNEY AT LAW

5
                                          By /s/ *William A. Resneck*
6                                             William A. Resneck
                                             Attorneys for Plaintiff
7

8    DATED:  October 20, 2011              SEDGWICK LLP

9

10                                         By:  /s/ *Rebecca A. Hull*
                                              Rebecca A. Hull
11                                            Attorneys for Defendant

12

13

14   Dated: 10/21/11

15                          

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2
            STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT