SEDGWICK LLP
REBECCA A. HULL  Bar No. 99802
rebecca.hull@sedgwicklaw.com
MARK J. HANCOCK Bar No. 160662
mark.hancock@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA 94104
Telephone:  (415) 781-7900
Facsimile:  (415) 781-2635

Attorneys for Defendant
METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATHENA ZIEHM,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. C 11-04659 EMC<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between all parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear her or its own costs and attorneys' fees.

IT IS SO AGREED AND STIPULATED.

DATED: June 22, 2012        WILLIAM A. RESNECK, ATTORNEY AT LAW


                                              By:   *William A. Resneck*
                                                    William A. Resneck
                                                    Attorneys for Plaintiff
                                                    Athena Ziehm

DATED: June 22, 2012          SEDGWICK LLP


                              By: *Rebecca A. Hull*
                                  Rebecca A. Hull
                                  Mark J. Hancock
                                  Attorneys for Defendant
                                  Metropolitan Life Insurance Company



                              ORDER

IT IS SO ORDERED.


DATED: 6/26/12                _____
                              Hon. Edward M. Chen
                              UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Edward M. Chen — United States District Court, Northern District of California*

---

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**
2