1  SEDGWICK LLP
   REBECCA A. HULL  Bar No. 99802
2  rebecca.hull@sedgwicklaw.com
   MARK J. HANCOCK Bar No. 160662
3  mark.hancock@sedgwicklaw.com
   333 Bush Street, 30th Floor
4  San Francisco, CA 94104
   Telephone:  (415) 781-7900
5  Facsimile:  (415) 781-2635

6  Attorneys for Defendant
   METROPOLITAN LIFE INSURANCE COMPANY

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

| ATHENA ZIEHM, | CASE NO. C 11-04659 EMC |
|---|---|
| Plaintiff, | STIPULATION AND [PR~~OPO~~SED] ORDER FOR DISMISSAL WITH PREJUDICE |
| vs. | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between all parties to this action that the above-

captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the

Federal Rules of Civil Procedure, and that each party shall bear her or its own costs and

attorneys' fees.

   IT IS SO AGREED AND STIPULATED.

   DATED:  June 22, 2012          WILLIAM A. RESNECK, ATTORNEY AT LAW



                          By:    *William A. Resneck*
                                 William A. Resneck
                                 Attorneys for Plaintiff
                                 Athena Ziehm

---

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**
1

1  DATED: June 22, 2012           SEDGWICK LLP

4                         By:   *Rebecca A. Hull*
                                Rebecca A. Hull
5                               Mark J. Hancock
                                Attorneys for Defendant
6                               Metropolitan Life Insurance Company

9                                    ORDER

10      IT IS SO ORDERED.

12  DATED:  6/26/12          _____
13                            Hon. Edward M. Chen
                              UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Edward M. Chen*

---

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**
2